amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by Day Wholesale, Inc. for leave to file a brief amicus curiae on the appeal herein denied.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by New York State Association of Counties et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by American Cancer Society, Eastern Division Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010